UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:                                )
                                      )
Junior Burnett,                       )   Case No. 18-43684-659
                                      )
                                      )   Chapter 13
    Debtor.                           )
                                      )

## MEMORANDUM TO COURT

Please be advised that the following changes have been made to amended schedules I & J, Disclosure of Compensation of Attorney for Debtor and Matrix.

1. Debtor's income and expenses have been updated.

2. Disclosure of Compensation of Attorney for Debtors has been updated.

3. Debtor's Matrix has been updated to include:

```
AT&T
Attn: Bankruptcy Dept.
P.O. Box 536216
Atlanta, GA 30353

Brookshire Insurance
306 W Main Street
Round Rock, TX 78664

Charter Communications
Attn: Bankruptcy Dept.
P.O. Box 790086
Saint Louis, MO 63179-0086

Charter Communications
Attn: Cash Management
4670 E. Fulton, Suite 102
Ada, MI 49301

Ernst Radiology Clinic, Inc.
P.O. Box 1127
Maryland Heights, MO 63043-0127

First Community Credit Union
Attn: Bankruptcy Dept.
P.O. Box 1030
Chesterfield, MO 63005

Penn Credit Corp
PO Box 988
Harrisburg, PA 17108-0988
```

Planet Fitness
Attn: Bankruptcy Dept.
4 Liberty Ln W,
Hampton, NH 03842

Premier Bank
Attn: Bankruptcy Dept.
P.O. Box 5529
Sioux Falls, SD 57117-5529

Scott Credit Union
1100 Belt Line Road
Collinsville, IL 62234

Sprint
Attn: Bankruptcy Dept.
P.O. Box 7949
Overland Park, KS 66207-0949

/s/ Neil Weintraub
Neil Weintraub, Fed Bar #31337MO
Attorney for Debtor
1515 North Warson Road, Ste. 232
St. Louis, MO 63132
(314)890-8800; FAX (314)890-9416
Email Address: weintraublaw@sbcglobal.net

**CERTIFICATION OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on March 4, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

/s/ Susie Bazzell
Susie Bazzell

2

**Fill in this information to identify your case:**

Debtor 1: Junior Lamar Burnett

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI

Case number (If known): 18-43684-659

Check if this is:
■ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

Official Form 106I
# Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | Lead equipment operator | |
| Employer's name | Republic Services | |
| Employer's address | 6025 Byasse Dr.<br>Hazelwood, MO 63042 | |
| How long employed there? | 6.5 years | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 3,612.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross Income. Add line 2 + line 3. | $ 3,612.00 | $ N/A |

Official Form 106I              Schedule I: Your Income              page 1

Debtor 1  Junior Lamar Burnett                                Case number (if known) 18-43684-659

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here | | |
| 4. | | $ 3,612.00 | $ N/A |

5. List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 261.88 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 239.62 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 892.36 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ 0.00  + | $ N/A |

6. Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 1,393.86     $ N/A

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.   7.   $ 2,218.14     $ N/A

8. List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ N/A |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| 8e. | Social Security | 8e. | $ 0.00 | $ N/A |
| 8f. | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ N/A |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| 8h. | Other monthly income. Specify: contribution from girlfriend | 8h.+ | $ 300.00  + | $ N/A |

9. Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 300.00     $ N/A

10. Calculate monthly income. Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.  $ 2,518.14  +  $ N/A  =  $ 2,518.14

11. State all other regular contributions to the expenses that you list in Schedule J.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
    Specify: _____                                                                                  11.  +$ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.                                                                12.  $ 2,518.14
    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ■ No.
    ☐ Yes. Explain: _____

Official Form 106I                          Schedule I: Your Income                                    page 2

Fill in this information to identify your case:

Debtor 1: Junior Lamar Burnett

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI

Case number (If known): 18-43684-659

Check if this is:
☑ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
MM / DD / YYYY

Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?

   ☑ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. Do you have dependents?   ☐ No
   Do not list Debtor 1 and Debtor 2.   ☑ Yes. Fill out this information for each dependent...........
   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | daughter | 1 | ☑ No ☐ Yes |
   | son | 1 | ☐ No ☑ Yes |
   | daughter | 3 | ☑ No ☐ Yes |
   | daughter | 6 | ☑ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?   ☑ No   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 995.00 |
| If not included in line 4: | |
| 4a. Real estate taxes | 4a. $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. $ 0.00 |

Official Form 106J                          Schedule J: Your Expenses                          page 1

Debtor 1  Junior Lamar Burnett  Case number (if known) 18-43684-659

6. Utilities:
   - 6a. Electricity, heat, natural gas — 6a. $ 382.00
   - 6b. Water, sewer, garbage collection — 6b. $ 140.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 153.00
   - 6d. Other. Specify: ___ — 6d. $ 0.00
7. Food and housekeeping supplies — 7. $ 500.00
8. Childcare and children's education costs — 8. $ 0.00
9. Clothing, laundry, and dry cleaning — 9. $ 30.00
10. Personal care products and services — 10. $ 25.00
11. Medical and dental expenses — 11. $ 0.00
12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ 175.00
13. Entertainment, clubs, recreation, newspapers, magazines, and books — 13. $ 75.00
14. Charitable contributions and religious donations — 14. $ 0.00
15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20.
   - 15a. Life insurance — 15a. $ 0.00
   - 15b. Health insurance — 15b. $ 0.00
   - 15c. Vehicle insurance — 15c. $ 90.00
   - 15d. Other insurance. Specify: ___ — 15d. $ 0.00
16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: ___ — 16. $ 0.00
17. Installment or lease payments:
   - 17a. Car payments for Vehicle 1 — 17a. $ 0.00
   - 17b. Car payments for Vehicle 2 — 17b. $ 0.00
   - 17c. Other. Specify: ___ — 17c. $ 0.00
   - 17d. Other. Specify: ___ — 17d. $ 0.00
18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). — 18. $ 0.00
19. Other payments you make to support others who do not live with you. Specify: ___ — 19. $ 0.00
20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.
   - 20a. Mortgages on other property — 20a. $ 0.00
   - 20b. Real estate taxes — 20b. $ 0.00
   - 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
   - 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
   - 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. Other: Specify: ___ — 21. +$ 0.00
22. Calculate your monthly expenses
   - 22a. Add lines 4 through 21. — $ 2,565.00
   - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
   - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ 2,565.00
23. Calculate your monthly net income.
   - 23a. Copy line 12 (your combined monthly income) from Schedule I. — 23a. $ 2,518.14
   - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ 2,565.00
   - 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. — 23c. $ -46.86
24. Do you expect an increase or decrease in your expenses within the year after you file this form?
   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
   ■ No.
   ☐ Yes.  Explain here: ___

Official Form 106J  Schedule J: Your Expenses  page 2

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Junior Lamar Burnett** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI

Case number    18-43684-659
(if known)

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules           12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Junior Lamar Burnett                          X _____
Junior Lamar Burnett                                Signature of Debtor 2
Signature of Debtor 1

Date    February 28, 2019                           Date    2-28-19

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Missouri

In re: **Junior Lamar Burnett**
Debtor(s)

Case No. **18-43684-659**
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 725.00 |
   | Prior to the filing of this statement I have received | $ 725.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 28, 2019**
Date

*/s/ Neil Weintraub*
**Neil Weintraub Fed. Bar #31337-MO/IL#6189568**
*Signature of Attorney*
**Law Office of Neil Weintraub**
**1515 North Warson Road, Ste. 232**
**St. Louis, MO 63132**
**314-890-8800  Fax: 314-890-9416**
**weintraublaw@sbcglobal.net**
*Name of law firm*

---

# United States Bankruptcy Court
## Eastern District of Missouri

In re: **Junior Lamar Burnett**
Debtor(s)

Case No. **18-43684-659**
Chapter **7**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of **5** page(s) and is true, correct and complete.

_/s/ Junior Lamar Burnett_
**Junior Lamar Burnett**
Debtor

Dated: **February 28, 2019**

AT&T
Attn: Bankruptcy Dept.
P.O. Box 536216
Atlanta, GA 30353

Brookshire Insurance
306 W Main Street
Round Rock, TX 78664

Charter Communications
Attn: Bankruptcy Dept.
P.O. Box 790086
Saint Louis, MO 63179-0086

Charter Communications
Attn: Cash Management
4670 E. Fulton, Suite 102
Ada, MI 49301

Ernst Radiology Clinic, Inc.
P.O. Box 1127
Maryland Heights, MO 63043-0127

First Community Credit Union
Attn: Bankruptcy Dept.
P.O. Box 1030
Chesterfield, MO 63005

Penn Credit Corp
PO Box 988
Harrisburg, PA 17108-0988

Planet Fitness
Attn: Bankruptcy Dept.
4 Liberty Ln W,
Hampton, NH 03842

Premier Bank
Attn: Bankruptcy Dept.
P.O. Box 5529
Sioux Falls, SD 57117-5529

Scott Credit Union
1100 Belt Line Road
Collinsville, IL 62234

Sprint
Attn: Bankruptcy Dept.
P.O. Box 7949
Overland Park, KS 66207-0949

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re: )
)
Junior Burnett, ) Case No. 18-43684-659
)
) Chapter 13
Debtor. )

## STATEMENT REGARDING POST-PETITION PRE-CONVERSION DEBTS

I declare under penalty of perjury that the following are the additional debts I have incurred after the filing of my bankruptcy petition and before the conversion of my case.

```
AT&T
Attn: Bankruptcy Dept.
P.O. Box 536216
Atlanta, GA 30353

Brookshire Insurance
306 W Main Street
Round Rock, TX 78664

Charter Communications
Attn: Bankruptcy Dept.
P.O. Box 790086
Saint Louis, MO 63179-0086

Charter Communications
Attn: Cash Management
4670 E. Fulton, Suite 102
Ada, MI 49301

Ernst Radiology Clinic, Inc.
P.O. Box 1127
Maryland Heights, MO 63043-0127

First Community Credit Union
Attn: Bankruptcy Dept.
P.O. Box 1030
Chesterfield, MO 63005

Penn Credit Corp
PO Box 988
Harrisburg, PA 17108-0988
```

Planet Fitness
Attn: Bankruptcy Dept.
4 Liberty Ln W,
Hampton, NH 03842

Premier Bank
Attn: Bankruptcy Dept.
P.O. Box 5529
Sioux Falls, SD 57117-5529

Scott Credit Union
1100 Belt Line Road
Collinsville, IL 62234

Sprint
Attn: Bankruptcy Dept.
P.O. Box 7949
Overland Park, KS 66207-0949

Date: February 28 2019.                    _____
                                           Junior Burnett, Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re: )
                                                             )
Junior Burnett, )  Case No. 18-43684-659
                                                             )
                                                             )  Chapter 13
Debtor. )

## STATEMENT REGARDING PROPERTY ACQUIRED

I declare under penalty of perjury that I have not acquired any property after the filing of my bankruptcy petition and before the conversion of my case

Date: February 28, 2019.

_____
Junior Burnett, Debtor

3